IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MATTHEW RYAN BLAIN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CIV-25-456-PRW |
| ) | |
| SUSAN D. CAMPBELL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On July 11, 2025, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation (Dkt. 8), recommending the Court dismiss the complaint (Dkt. 1) without prejudice for Plaintiff's failure to comply with an order directing him to pay the full filing fee or submit a proper application to proceed without prepayment of fees.

Plaintiff was advised that he had a right to object to the Report and Recommendation by July 28, 2025, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report and Recommendation (Dkt. 8). No objections have been filed as of this date. Having failed to object, Plaintiff has accordingly waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation (Dkt. 8).[1]

---

[1] *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *cf.* 28 U.S.C. § 636(b)(1) (requiring a district judge to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made" but otherwise permitting a district judge to review the report and recommendations under any standard it deems appropriate).

Upon review of the Report and Recommendation (Dkt. 8), the Court:

(1) **ADOPTS** in full the Report and Recommendation (Dkt. 8) issued by the Magistrate Judge on July 11, 2025; and

(2) **DISMISSES** the complaint without prejudice for failure to follow court orders.

**IT IS SO ORDERED** this 4th day of November 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE